## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND AND TRUSTEES OF THE INTERNATIONAL TRAINING FUND | ) ) ) ) | Civil Action No. 3:01MC295 (RNC) |
| Plaintiffs | ) ) | |
| VS. | ) ) | |
| UNIVERSAL PLUMBING & HEATING, LLC | ) ) | July 6, 2004 |
| Defendant | ) ) | |

### SATISFACTION OF JUDGMENT

Plaintiffs, Trustees of the Plumbers and Pipefitters National Pension Fund and Trustees of the International Training Fund are the owners and holders of a Judgment in the above-captioned matter in the amount of *Six Thousand Seven Hundred Thirty-Eight Dollars and Sixty-Four Cents ($6,738.64)*.

The parities have reached an agreement and the Judgment has been complied with. At the time of compliance, Plaintiffs were entitled to receive such payment.

**THEREFORE**, in consideration of payment of the Judgment, which included payment for contributions, costs, etc., the receipt of which is hereby acknowledged, Plaintiffs, as the legal owners and holders of the Judgment, acting herein by and through Thomas M. Brockett, their duly authorized attorney of record, hereby release and discharge

2

Universal Plumbing & Heating, LLC, its heirs, successors and assigns, all the rights, title and interest in and to the Judgment, which Plaintiffs have or may have therein, and hereby declare the Judgment fully satisfied.

Executed at East Hartford, Connecticut, this 6th day of July 2004.

THE PLAINTIFFS,

By: _____
Thomas M. Brockett, Esq.
ROBERT M. CHEVERIE &
  ASSOCIATES, P.C.
Commerce Center One
333 East River Drive
Suite 101
East Hartford, CT  06108-4203
Tele. No.: (860) 290-9610

**C E R T I F I C A T I O N**

I hereby certify that a copy of the foregoing Satisfaction of Judgment has been mailed, first-class and postage prepaid, this 6th day of July 2004 to the following:

Mark C. Durkin, Esq.
Durkin & POLERA, P.C.
1111 Summer Street, First Floor
Stamford, CT  06905-5567

Donna Overkott Spell, C.L.A.
O'DONOGHUE & O'DONOGHUE
4748 Wisconsin Avenue, N. W.
Washington, D.C.  20016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS M. BROCKETT

TMB.O'DONOGHUE.UNIVERSAL
Satisfaction of judgment 7-6-04

3